United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| WILMER DOUGLAS GONZALEZ,<br>"Petitioner," | §<br>§ | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00739 |
| MARKWAYNE MULLIN, *et al.*,<br>"Respondents." | §<br>§ | |
| | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and Respondents' "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss as Moot or for Lack of Subject Matter Jurisdiction" (Dkt. No. 8) ("Response"). The Response seeks dismissal of the Petition (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1).

Petitioner's claims against Respondents are **DISMISSED** as moot, without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1). The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this November 19, 2026

Rolando Olvera
United States District Judge